```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 09231
   PORTIA G ONEAL
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5185


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/01/2006 and was confirmed 10/25/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------
HSBC MORTGAGE SERVICES   CURRENT MORTG           .00              .00            .00
HSBC MORTGAGE SERVICES   MORTGAGE ARRE       5644.80              .00        5644.80
SALLY JOHNSON BEDSOE     SECURED                 .00              .00            .00
ARNOLD SCOTT HARRIS      UNSECURED         NOT FILED              .00            .00
CAPITAL ONE              UNSECURED         NOT FILED              .00            .00
CAPITAL ONE              UNSECURED         NOT FILED              .00            .00
SEARS                    UNSECURED         NOT FILED              .00            .00
CITY OF CHICAGO PARKING  UNSECURED           1290.00              .00            .00
FID INFO CORP            UNSECURED         NOT FILED              .00            .00
FID INFO CORP            UNSECURED         NOT FILED              .00            .00
PREMIER BANCARD CHARTER  UNSECURED             92.82              .00            .00
ECAST SETTLEMENT CORP    UNSECURED            530.49              .00            .00
MCI COMMUNICATION        UNSECURED         NOT FILED              .00            .00
MONEY CONTROL            UNSECURED         NOT FILED              .00            .00
MUNICIPAL COLLECTION SER UNSECURED         NOT FILED              .00            .00
NCO MARLIN               UNSECURED         NOT FILED              .00            .00
OSI COLLECTION SERVICES  UNSECURED         NOT FILED              .00            .00
PEOPLES GAS & LIGHT      UNSECURED         NOT FILED              .00            .00
PEOPLES GAS & LIGHT      UNSECURED         NOT FILED              .00            .00
PROFESSIONAL ACCOUNT MGM UNSECURED         NOT FILED              .00            .00
PHILIP A IGOE            DEBTOR ATTY            .00                              .00
TOM VAUGHN               TRUSTEE                                              355.20
DEBTOR REFUND            REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   6,000.00

PRIORITY                                            .00
SECURED                                         5,644.80

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09231 PORTIA G ONEAL
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                              355.20
DEBTOR REFUND                                                        .00
                                    ---------------      ---------------
TOTALS                                     6,000.00             6,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```